1

2                          UNITED STATES DISTRICT COURT

3                         NORTHERN DISTRICT OF CALIFORNIA

4

5    In re LAWRENCE CARLTON SMITH,          Case No.  20-cv-03233-YGR (PR)

6                                           **ORDER OF TRANSFER**

7

8

9

10          This action was reassigned from a magistrate judge to the undersigned in light of a recent

11   Ninth Circuit decision.[1]  On May 12, 2020, Plaintiff, who is currently incarcerated at California

12   State Prison – Los Angeles County ("CSP-LAC"), filed a letter with the Court in the instant

13   matter, which was opened as a civil rights action.  On July 6, 2020, Plaintiff filed more documents

14   with the Court, and it seems that he is indicating that he wishes to file a civil rights action against

15   prison officials at CSP-LAC, which is located in the Western Division of the Central District of

16   California.  It appears that Defendants would also reside in that district.  Venue, therefore,

17   properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).

18          Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

19   TRANSFERRED to the Western Division of the United States District Court for the Central

20   District of California.  The Clerk of the Court shall transfer the case forthwith.  All remaining

21   motions are TERMINATED on this Court's docket as no longer pending in this district.

22          IT IS SO ORDERED.

23   Dated:  August 10, 2020

24                                           YVONNE GONZALEZ ROGERS
                                             United States District Judge
25

26

27          [1] *Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction
     to dismiss case on initial screening because unserved defendants had not consented to proceed
28   before magistrate judge).

United States District Court
Northern District of California